| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | REC'D-PROB 2008 FEB 14 PM 3: 22 | CASE NUMBER *(Tran. Court)* 2:04CR357-1 |
|---|---|---|---|
| | | | CASE NUMBER *(Rec. Court)* CR08-32 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Wendell Smallwood Wilmington, DE 19805 REDACTED | DISTRICT Eastern District of Pennsylvania USDC - PHILA | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Timothy J. Savage | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/19/07 — TO 11/18/2010 |

**OFFENSE**

Convicted felon in possession of a firearm (Counts 1, 2, and 3).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 11, 2008
Date                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____           _____
*Effective Date*                  *United States District Judge*