| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | REC'D-PROB 2008 FEB 11 PM 3: 22 USDC - PHILA | CASE NUMBER *(Tran. Court)* 2:04CR357-1 |
|---|---|---|---|
| | | | CASE NUMBER *(Rec. Court)* CR08-32 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Wendell Smallwood Wilmington, DE 19805 [REDACTED] | DISTRICT Eastern District of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Timothy J. Savage | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/19/07 — TO 11/18/2010 |

**OFFENSE**

Convicted felon in possession of a firearm (Counts 1, 2, and 3).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 11, 2008
_Date_                                                                 _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/10/08
_Effective Date_                                                       _United States District Judge_